The last case. We have a new panel. Justice McBride is substitute for Justice Gordon. Case number 09-1393, People v. Jimmy Crump. And counsel for the appellant. Good morning. May it please the court. Jennifer Von Traeger for Jimmy Crump. I'd like to start with the other crimes issue this morning, which I think will tie in very neatly with the computer records. And time permitting, perhaps touch on the lineup ID, but if time doesn't permit, that's fine too. The judge's other crimes ruling in this case rests on a misunderstanding of the law. The evidence that the judge insisted the jury had a right to hear was, in fact, exactly the kind of evidence that juries are not allowed to hear. Juries are not allowed to hear that, for example, the police already had a mugshot from a prior drug case, and so they used that in this case. They're not allowed to, the jury's not allowed to hear that. Are you saying that evidence of that drug case was introduced? No, no. I'm simply giving an example of the kinds, I mean, illustrating that this is exactly the kind of other crimes evidence that juries are not allowed to hear. And so in this case, the fact that the police placed Mr. Crump's photo into a photo array for Ms. Kang to look at, because they learned of his identity as a possible offender in the POTUS robbery, was exactly the kind of other evidence that juries are not allowed to hear. But in addition to that, they all said they had a good opportunity to view the defendant. There was good lighting. They could see his face. The defense tried to shake that, saying, you know, wasn't there, didn't you say I think the chief was covering his face? They say no. They say there was a scarf there. They say he wasn't covering his face. I could see it. All right. For those reasons. All right, thank you very much. Just a few quick points for your honors. First of all, you discussed some of the case law regarding course of investigation. None of those cases allow for the content of the steps taken to come in. They allow only the fact of the steps themselves. In this case, we're talking about content being the Western Union use of the defendant's name. Exactly. And in the context of other crimes, course of investigation evidence must specifically link the defendant to the crime itself. And here, those Western Union records are irrelevant to any of what the state has to prove. No, but his name and photo came out. That's how he was placed in a photo array for Kang to view. Correct. And that was inadmissible. That was inadmissible other crimes evidence. Let me ask you this regarding the conflict in the record regarding whether the trial judge joined as an agreement between the parties or did the trial judge exercise his discretion. If it appears the state is contending that there was an absolute agreement between the parties and if we find that there was no agreement, then doesn't it necessarily follow that the trial judge did not exercise any discretion in joining the two cases and, therefore, in the absence of his exercise of discretion, we can review that de novo and not have to give any deference to the trial judge's ruling? If I follow, I believe that's correct. I still maintain that this was the judge's insistence upon joinder. At no point did defense counsel, even the earlier in July, as Your Honor was talking about, that was at the judge's suggestion. Hey, maybe we should just join these cases. And the public defender who likely knows very little about the case says, I don't know, sure. And then the public defender who actually is going to be trying the case and is working on the case says, absolutely not. This is deeply prejudicial. This is the state, as Your Honor said, trying to upgrade their evidence, trying to bolster two weak cases and one especially weak case with evidence of another case. It makes him look like a bad guy with a propensity for crimes. All right, well, you can wrap up. That's all I was going to say. Aside from the many errors in this case, we'd ask this Court to reverse or at least reverse and remand for new trials. All right, well, thank you very much. The case will be taken under advisement. The Court is in recess.